```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
STACY BERKOWITZ

                                    ORDER OF DISMISSAL FOR
       -v-                              LACK OF ACTIVITY

                                    CV 18-2732(JS)(GRB)


CAPITAL ACCOUNTS, LLC
------------------------------------------X

APPEARANCES:

FOR PLAINTIFF(S):
David Barshay & Craig Sanders, Esqs.
100 Garden City Plaza    #500
Garden City  NY 11530


FOR DEFENDANT(S):
None
```

SEYBERT, DISTRICT JUDGE:

The above-captioned action was opened with the filing of a complaint on May 8, 2018. There had been no docket activity since the filing of proof of service of the summons and complaint on Jun. 1, 2018.

On Oct. 23, 2018 (docket entry [6]), the Court issued a Notice of Impending Dismissal for failure to prosecute. The 15 day response period has elapsed.

IT IS HEREBY ORDERED that the case be DISMISSED without prejudice for lack of prosecution, pursuant to Rule 41(b), Federal Rules of Civil Procedure. The Clerk of Court is directed to enter judgment and mark the case closed.

SO ORDERED.
/s/ JOANNA SEYBERT
_____
JOANNA SEYBERT, U.S.D.J.

Dated:  Central Islip, New York
        Nov. 28, 2018