**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
STACY BERKOWITZ,

                    Plaintiff,

- against -

CAPITAL ACCOUNTS, LLC,

                    Defendant.
----------------------------------------------------------------X

**JUDGMENT**
CV 18-2732 (JS) (GRB)

      An Order of Honorable Joanna Seybert, United States District Judge, having been filed on November 28, 2018, dismissing this case without prejudice for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and directing the Clerk of Court to enter judgment and mark this case closed, it is

      **ORDERED AND ADJUDGED** that plaintiff Stacy Berkowitz take nothing of defendant Capital Accounts, LLC; that this case is dismissed without prejudice for lack of prosecution; and that this case is hereby closed.

Dated: Central Islip, New York
       November 29, 2018

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT

                        By:   /s/ James J. Toritto
                                Deputy Clerk